

# NUMBER 13-18-00147-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE OSCAR FUENTES, BELINDA FUENTES, ZACCHEAUS OLOBA, AND COMFORT OLOBA

---

## On Petition for Writ of Mandamus and
## Relators' Emergency Motion for Temporary Relief

---

## ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Per Curiam Order

Relators Oscar Fuentes, Belinda Fuentes, Zaccheaus Oloba, and Comfort Oloba have filed a petition for writ of mandamus and motion for emergency relief in the above cause on March 16, 2018. Relators contend that the Honorable Jack Pulcher, presiding judge of the 105th Judicial District Court of Kleberg County, Texas, abused his discretion, leaving relators without an adequate appellate remedy, by granting the real party in interest, Hunter Industries, Ltd.'s motion to transfer venue without affording relators notice and an opportunity to respond. *See* TEX. R. CIV. P. 86, 87.

Through this original proceeding, relators seek to vacate the trial court's February 26, 2018, order transferring venue from Kleberg County, Texas to Hays County, Texas. Through their motion for emergency relief, relators seek a temporary stay of the trial court's order until such time as we may fully consider the petition for writ of mandamus.

The Court requests that the real party in interest, Hunter Industries, Ltd., or any others whose interest would be directly affected by the relief sought, file a response to relators' motion for emergency relief on or before March 20, 2018, and to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

Relators' motion for emergency relief will be CARRIED WITH THE CASE pending further order of the Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
16th day of March, 2018.

2